B 10S2 (Supplement 2) (12/11)

# UNITED STATES BANKRUPTCY COURT

Western District of Pennsylvania

In re  James E. Boring and Terrie L. Boring ,
　　　　Debtor

Case No. 18-22609-CMB

Chapter 13

## Notice of Postpetition Mortgage Fees, Expenses, and Charges

If you hold a claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any postpetition fees, expenses, and charges that you assert are recoverable against the debtor or against the debtor's principal residence. File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** Alta Chutes I, LLC

**Court claim no.** (if known): _____

**Last four digits** of any number you use to identify the debtor's account: 8 9 5 4

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: _____
　　　　　　　　　　　　　　　　mm/dd/yyyy

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | 12/17/2018 | (3) | $ 350.00 |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify:_____ | | (11) | $ _____ |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor.

☑ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

**✘** /s/ Lisa Cancanon
Signature

Date 05/14/2019
mm/dd/yyyy

**Print:** Lisa Cancanon
First Name    Middle Name    Last Name

Title Attorney for Alta Chutes I, LLC

Company Weinstein & Riley, P.S.

Address 11101 West 120th Avenue #280
Number    Street
Broomfield, CO 80021
City    State    ZIP Code

Contact phone (303) 539-8600

Email bncmail@w-legal.com

# WEINSTEIN & RILEY, P.S.

## INVOICE – BANKRUPTCY

| Invoice Number: | ATC00022336BNK |
|---|---|
| **Invoice Amount:** | $350.00 |

| Invoice Date: | 01/08/2019 |
|---|---|
| **Due Date:** | 02/07/2019 |

| Issued From: |
|---|
| Weinstein & Riley, P.S. |
| 2001 Western Avenue, Suite 400 |
| Seattle, WA 98121 |
| Phone: (206) 439-1585 |
| Fax: (206) 269-3493 |

| Billed To: |
|---|
| Alta Chutes I, LLC |
| 2003 Western Avenue |
| Suite 340 |
| Seattle, WA 98121 |
| Client Code: ATC |

| Supplemental Information: | |
|---|---|
| Referral Date: | 11/26/2018 |
| Payment Terms: | NET 30 |
| Loan Number: | ▮▮▮▮9086 |
| Matter: | Thomas H. Boring |
| Property Address: | PA |
| Attorney Name: | |
| OIMasterID: |  |
| Portfolio Number: | |

| Hourly Rate Summary: | | | |
|---|---|---|---|
| **Incurred By** | **Total Hours** | **Hourly Rate** | **Subtotal** |
| | | | |
| **Totals:** | | | |

| Invoice Comments: (See next section for additional invoice detail) |
|---|
| None |

## WEINSTEIN & RILEY, P.S. – INVOICE – BANKRUPTCY

| Invoice Detail: | | | | | | | |
|---|---|---|---|---|---|---|---|
| Ref | Date | Incurred By | Description | Qty | Amount | Sales Tax | Subtotal |
| 1 | 12/17/2018 | AnaA | Plan Review Fee | 1 | $350.00 | $0.00 | $350.00 |
| | | | | Totals: | $350.00 | $0.00 | $350.00 |

| Invoice Transaction Detail: | |
|---|---|
| Ref | Description |
| 1 | Attorney plan review chapter 13 fee.  RECOVERABLE |

| Invoice Exceptions: | |
|---|---|
| Ref | Description |
| | |

## CERTIFICATE OF SERVICE

On May 14, 2019, I placed a true and correct copy of the attached Notice of Postpetition Mortgage Fees, Expenses, and Charges electronically filed using the Court's ECF system, which will send notification of such filing, or by First Class, postage pre-paid, to the following parties listed below:

Trustee via e-filing:
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
412-471-5566
cmecf@chapter13trusteewdpa.com

U.S. Trustee via e-filing:
ustpregion03.pi.ecf@usdoj.gov

Debtor's Counsel via e-filing:
Lauren M. Lamb
Steidl & Steinberg
llamb@steidl-steinberg.com

Debtor(s) via first class mail:
James E. Boring
Terrie L. Boring
571 Harmony Road
New Brighton, PA 15066

Dated: May 14, 2019

/s/Taylor Bartle
Taylor Bartle, legal assistant for Lisa Cancanon