# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

| | |
|---|---|
| In Re: <br><br> THOMAS H BORING AND TERRIE L. BORING, <br><br> Debtor(s). <br><br> SELENE FINANCE LP, AS SERVICER FOR ALTA CHUTES I, LLC, ITS SUCCESSORS AND/OR ASSIGNS <br><br> Movant. <br><br> v. <br><br> THOMAS H BORING AND TERRIE L. BORING, DEBTORS; AND DEVISEE(S) OF THE ESTATE OF BETTY L. BORING AND THOMAS H. BORING AND RONDA J. WINNECOUR, TRUSTEE, <br><br> Respondents. | Bankruptcy Case No. 18-22609-CMB <br><br> Chapter 13 <br><br> Related to ECF: 55 <br><br> Hearing date: **July 24 , 2019** <br><br> Time: **10:00 a.m.** <br><br> Courtroom: B <br><br> Location: U.S. Steel Tower, 600 Grant Street, 54th Floor, Pittsburgh, PA 15219 <br><br> Objection deadline: **July 13, 2019** |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION FOR RELIEF FROM STAY AND CO-DEBTORS STAY**

TO THE RESONDENTS:

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **July 13**, **2019** (i.e.,seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov www.pawb.uscourts.gov. If you fail to timely file and serve a written response, the Motion may be granted by the Court by default without a

1

hearing. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on **July 24, 2019**, at **10:00 a.m**. Before the Honorable Carlota M. Böhm in Courtroom B on the 54th Floor of the U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Service: June 26, 2019

/s/Lisa Cancanon
Lisa Cancanon
Weinstein & Riley, P.S.
Bar ID: 323550
11101 West 120th Avenue #280
Broomfield, CO 80021
Telephone: (303) 539-8600
Facsimile: (206) 269-3493
Email: lisac@w-legal.com
Attorneys for Movant