# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

| | |
|---|---|
| In Re:<br><br>JAMES E. BORING AND TERRIE L. BORING,<br><br>    Debtor(s).<br><br>SELENE FINANCE LP, AS SERVICER FOR ALTA CHUTES I, LLC, ITS SUCCESSORS AND/OR ASSIGNS<br><br>    Movant.<br><br>v.<br><br>JAMES E. BORING AND TERRIE L. BORING, DEBTORS; AND DEVISEE(S) OF THE ESTATE OF BETTY L. BORING AND THOMAS H. BORING AND RONDA J. WINNECOUR, TRUSTEE,<br><br>    Respondents. | Bankruptcy Case No. 18-22609-CMB<br><br>Chapter 13<br><br>Related to ECF: 61, 62<br><br>Hearing date: **August 12 , 2019**<br><br>Time: **10:00 a.m.**<br><br>Courtroom: B<br><br>Location: U.S. Steel Tower, 600 Grant Street, 54th Floor, Pittsburgh, PA 15219 |

## CERTIFICATE OF SERVICE OF AMENDED MOTION FOR RELIEF FROM STAY AND CO-DEBTORS STAY AND AMENDED NOTICE OF HEARING WITH RESPONSE DEADLINE

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on <u>July 2, 2019</u>.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: <u>U.S. First-Class Mail</u>.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission

is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail is listed under the heading "Service by First-Class Mail.":

**Debtors via U.S Mail**
James E. Boring
Terrie L. Boring
571 Harmony Road
New Brighton, PA 15066

**Attorney for Debtors via U.S Mail**
Lauren M. Lamb
Steidl & Steinberg
707 Grant Street
28th Floor - Gulf Tower
Pittsburgh, PA 15219

**Trustee via U.S Mail**
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

**Office of the United States Trustee via U.S Mail**
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

**Co-Debtors via U.S Mail**
Devisee(s) of the Estate of Betty L. Boring and Thomas H. Boring
2532 Ridge Road Ext.
Baden, PA 15005

Devisee(s) of the Estate of Betty L. Boring and Thomas H. Boring
571 Harmony Road
New Brighton, PA 15066

**Parties that requesting for Notice via U.S Mail**
Duquesne Light Company
Keri P. Ebeck
707 Grant Street, Suite 2200
Pittsburgh, PA 15219

Jerome Blank, Esq.,
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219

James C. Warmbrodt, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106

| | |
|---|---|
| EXECUTED ON: July 2, 2019 | /s/ Lisa Cancanon |
| | Lisa Cancanon, Bar ID: 323550 |
| | Weinstein & Riley, P.S. |
| | 11101 West 120th Avenue #280 |
| | Broomfield, CO 80021 |
| | Phone: (303) 539-8600 |
| | Fax: (206) 269-3493 |
| | Email: lisac@w-legal.com |
| | Attorney for Movant |