# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

| | |
|---|---|
| In re:<br>JAMES E. BORING AND TERRIE L. BORING<br>    DEBTORS. | Case # 18-22609-CMB<br><br>Chapter: 13 |
| SELENE FINANCE LP, AS SERVICER FOR ALTA CHUTES I, LLC, ITS SUCCESSORS AND/OR ASSIGNS<br>    MOVANT.<br>v.<br><br>JAMES E. BORING AND TERRIE L. BORING, DEBTORS; AND DEVISEE(S) OF THE ESTATE OF BETTY L. BORING AND THOMAS H. BORING AND RONDA J. WINNECOUR, TRUSTEE<br>    RESPONDENTS. | 11 U.S.C. § 362 and 11 U.S.C. §1301 |

## CERTIFICATE OF NO RESPONSE

I, Lisa Cancanon, Esq., declare as follows:

1. I am an employee of Weinstein & Riley, P.S., counsel for Selene Finance LP, as servicer for Alta Chutes I, LLC, its successors and/or assigns (hereafter called "Movant"), in the above entitled proceeding and am authorized to make this declaration on Movant's behalf. I am a citizen of the United States over the age of eighteen years, and am otherwise competent to testify to the matters stated herein.

2. On July 3, 2019, Movant filed and served its Amended Motion for Relief from Automatic Stay and Co-Debtor Stay ("Motion") *see Docket No.*: 65, along with Notice of Motion, Response Deadline And Hearing Date ("Notice of Motion"), Exhibits and Proposed Order, by placing a copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail and/or via electronic means as listed on the Certificate of Service (Docket No.: 67).

3. The Notice of Motion gave a clear notice that failure to file a response to the Motion by the deadline July 22, 2019 would result in relief being granted by default.

    4.     The deadline for Objections/Responses to the Motion expired on July 22, 2019. Neither Debtor, Co-Debtor(s) nor Trustee, nor any other party in interest filed an objection to the Motion (or that any response filed was subsequently withdrawn).

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: July 23, 2019                               Weinstein & Riley, P.S.

                                                     /s/ Lisa Cancanon
                                                     Lisa Cancanon
                                                     Bar ID: 323550
                                                     11101 West 120th Avenue #280
                                                     Broomfield, CO 80021
                                                     Telephone: (303) 539-8600
                                                     Facsimile: (206) 269-3493
                                                     Email: lisac@w-legal.com
                                                     Attorneys for Movant