IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| James E. Boring, | ) | Case No. 18-22609 CMB |
| Terrie L. Boring, | ) | |
|     Debtors | ) | Chapter 13 |
| | ) | |
| Terrie L. Boring, | ) | Document No. WO-2 |
| Social Security No. XXX-XX- 4691 | ) | |
|     Movant | ) | Related to Docket No. 75 |
| | ) | |
| vs. | ) | |
| | ) | |
| Mailing Services of Pittsburgh and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
|     Respondents | ) | |

## **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on July 25, 2019, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

James & Terrie Boring
571 Harmony Road
New Brighton, Pa 15066

Mailing Services of Pittsburgh
Attn: Payroll Dept.
155 Commerce Drive
Freedom, PA 15042

Date of Service: July 25, 2019

/s/ Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for the Debtor

STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
Llamb@steidl-steinberg.com
PA I.D. No. 209201