**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)**

| | |
|---|---|
| In Re:<br><br>JAMES E. BORING AND TERRIE L. BORING,<br><br>    Debtor(s). | |
| | Bankruptcy Case No.: 18-22609-CMB |
| SELENE FINANCE LP, AS SERVICER FOR ALTA CHUTES I, LLC, ITS SUCCESSORS AND/OR ASSIGNS<br><br>    Movant.<br><br>v.<br><br>JAMES E. BORING AND TERRIE L. BORING, DEBTORS; AND DEVISEE(S) OF THE ESTATE OF BETTY L. BORING AND THOMAS H. BORING AND RONDA J. WINNECOUR, TRUSTEE,<br><br>    Respondents. | Chapter: 13<br><br>Related to: Document No. 65<br><br>**ENTERED BY DEFAULT** |

**ORDER GRANTING AMENDED MOTION FOR RELIEF FROM AUTOMATIC STAY
AND CO-DEBTORS STAY**

    Comes now, this __25th__ day of __July__, 2019, upon the Amended Motion for relief from the automatic stay and co-debtors stay ("Motion") filed on July 3, 2019 of Selene Finance LP, as servicer for Alta Chutes I, LLC, its successors and/or assigns ("Movant"), it is:

    **ORDERED AND DECREED**, that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to **2532 Ridge Road Ext., Baden, PA 15005 a/k/a 2530 Ridge Road Ext., Baden, PA 15005** (the "Property")(as more fully set forth in the legal description attached to the Mortgage of record granted against the Property), as to Movant, its successors or assignees to proceed with enforcement of all rights Movant has under state and federal law concerning the Property; and it is further

    **ORDERED AND DECREED** that the Co-Debtors stay imposed by 11 U.S.C. §1301(a) is modified regarding to all devisee(s) of the Estate of Betty L. Boring and Thomas H. Boring; and it is further

1

~~ORDERED AND DECREED that the relief granted by this Order shall be effective immediately and is not subject to the 14 day period set forth in Bankruptcy Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure; and it is further~~

**ORDERED AND DECREED** that this Order shall apply to and be binding in any bankruptcy proceeding to which this proceeding is converted.

_Carlota M. Böhm_   glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
7/25/19 9:11 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-22609-CMB
James E. Boring                                                           Chapter 13
Terrie L. Boring
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: gamr              Page 1 of 1               Date Rcvd: Jul 25, 2019
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2019.
db/jdb         +James E. Boring,    Terrie L. Boring,   571 Harmony Road,   New Brighton, PA 15066-3658

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2019 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    ALTA CHUTES I, LLC bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    ALTA CHUTES I, LLC pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC pawb@fedphe.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Lauren M. Lamb    on behalf of Debtor James E. Boring
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
               teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
               dl-steinberg.com
              Lauren M. Lamb    on behalf of Joint Debtor Terrie L. Boring
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
               teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
               dl-steinberg.com
              Lisa   Cancanon    on behalf of Creditor    ALTA CHUTES I, LLC lisac@w-legal.com
              Lisa   Cancanon    on behalf of Creditor    Selene Finance LP, as servicer for Alta Chutes I, LLC,
               its successors and/or assigns lisac@w-legal.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas   Song    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC pawb@fedphe.com
                                                                                               TOTAL: 11