

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

18-22609

DEBTOR(S):

JAMES E BORING

TERRIE L BORING

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 11 IN THE AMOUNT OF $5,355.39

CREDITOR'S SIGNATURE:

/s/ William Andrews

CREDITOR CONTACT INFO:

PYOD LLC C/O Resurgent Capital Services

Resurgent Capital Services, LP

PO BOX 10675

Greenville, SC 29603

(877) 264-5884

DATE:

3/3/2020