IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| James E. Boring, | ) | Case No. 18-22609 CMB |
| Terrie L. Boring, | ) | |
| Debtors | ) | Chapter 13 |
| | ) | |
| Terrie L. Boring, | ) | Document No. WO-2 |
| Social Security No. XXX-XX- 4691 | ) | |
| Movant | ) | Related to Docket No. 89 |
| | ) | |
| vs. | ) | |
| | ) | |
| Mailing Services of Pittsburgh and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| Respondents | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 15, 2020, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Mailing Services of Pittsburgh
Attn: Payroll Dept.
155 Commerce Drive
Freedom, PA 15042

James & Terrie Boring
571 Harmony Road
New Brighton, PA 15066

Date of Service: June 15, 2020          /s/ Lauren M. Lamb
                                        Lauren M. Lamb, Esquire
                                        Attorney for the Debtor

                                        STEIDL & STEINBERG
                                        Suite 2830, Gulf Tower
                                        707 Grant Street
                                        Pittsburgh, PA 15219
                                        (412) 391-8000
                                        Llamb@steidl-steinberg.com
                                        PA I.D. No. 209201