**Form 151**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**James E. Boring**
**Terrie L. Boring**
   Debtor(s)

Bankruptcy Case No.: 18–22609–CMB

Chapter: 13
Docket No.: 90 – 84
Concil. Conf.: July 30, 2020 at 09:30 AM

## <u>CERTIFICATE OF SERVICE</u>

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the __15th____ day of June_____, _2020_, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

      U.S. First Class Mail

on the respondent(s) at (list names and addresses here):

      All parties listed on the attached mailing matrix.

Executed on __June 15, 2020_____     __/s/ Lauren M. Lamb_____
          (Date)                       (Signature)

_Lauren M. Lamb, 707 Grant Street, Suite 2830, Pittsburgh, Pa 15219_____
(Type Name and Mailing Address of Person Who Made Service)

Label Matrix for local noticing
0315-2
Case 18-22609-CMB
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Mon Jun 15 11:10:10 EDT 2020

Jerome B. Blank
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219-4408

James E. Boring
571 Harmony Road
New Brighton, PA 15066-3658

Terrie L. Boring
571 Harmony Road
New Brighton, PA 15066-3658

Lisa Cancanon
Weinstein & Riley, P.S.
11101 West 120th Avenue
#280
Broomfield, CO 80021-2756

Duquesne Light Company
c/o Bernstein-Burkley, P.C.
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1945

Keri P. Ebeck
Bernstein-Burkley
707 Grant Street
Suite 2200 Gulf Tower
Pittsburgh, PA 15219-1945

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

LAKEVIEW LOAN SERVICING, LLC
LOANCARE, LLC
3637 SENTARA WAY
VIRGINIA BEACH VA 23452-4262

LVNV Funding, LLC its successors and assigns
assignee of CitiFinancial, Inc.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lakeview Loan Servicing, LLC
PO Box 37628
Philadelphia, PA 19101-0628

Lauren M. Lamb
Steidl & Steinberg
707 Grant Street
28th Floor - Gulf Tower
Pittsburgh, PA 15219-1908

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

PYOD LLC
Resurgent Capital Services
PO Box 19008
GREENVILLE, SC 29602-9008

PYOD LLC C/O Resurgent Capital Services
P.O. Box 10675
Greenville, SC 29603-0675

Pennsylvania Department of Revenue
Bankruptcy Division PO BOX 280946
Harrisburg, PA 17128-0946

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Quantum3 Group LLC as agent for
CF Medical LLC
PO Box 788
Kirkland, WA  98083-0788

Selene Finance LP, as servicer for Alta Chut
c/o Weinstein & Riley, P.S.
11101 West 120th Avenue #280
Broomfield, CO 80021-2756

Thomas Song
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard
Suite 1400
Philadelphia, PA 19103-1814

USX Federal Credit Union
1293 Freedom Road
P. O. Box 1728
Cranberry Twp, PA 16066-0728

USX Federal Credit Union
PO Box 1728
Cranberry Twp, PA 16066-0728

James Warmbrodt
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)ALTA CHUTES I, LLC

(d)Duquesne Light Company
c/o Bernstein-Burkley, P.C.
707 Grant St., Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1945

(u)LAKEVIEW LOAN SERVICING, LLC

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients    24
Bypassed recipients     4
Total                  28