IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: James E. Boring and Terrie L. Boring | : : | Bankruptcy No. 18-22609-CMB | |
| Debtor(s) | : : | Chapter 13 | |
| Lisa Cancanon | : : | | |
| Movant(s) | : : | Related to Document No. 49 | |
| v. | : : | | |
| No Respondent | : : | | |
| Respondent(s) | : | | |

## MOTION FOR WITHDRAWAL OF APPEARANCE
## AND TERMINATION OF CM/ECF RECORD

AND NOW comes Lisa Cancanon, counsel to Selene Finance LP, as servicer for Alta Chutes I, LLC, its successors and/or assigns in the above-captioned case, and certifies to this Honorable Court that she (a) has satisfied the interest of her client Selene Finance LP, as servicer for Alta Chutes I, LLC, its successors and/or assigns in the above-captioned case, and (b) has informed and received the consent of Selene Finance LP, as servicer for Alta Chutes I, LLC, its successors and/or assigns to withdraw her appearance in the above-captioned case. Having so certified, and pursuant to W.PA.LBR 9010-2(b), Lisa Cancanon requests that this Honorable Court grant her request for leave for withdrawal of her appearance and termination of her CM/ECF record in this case.

Date: 7/6/2020        Movant/Attorney: /s/ Lisa Cancanon
                      Lisa Cancanon, Bar No. 323550
                      Weinstein & Riley, P.S.
                      11101 West 120th Ave, Ste 280
                      Broomfield, Colorado 80021
                      Phone: (303) 539-8607
                      Email: lisac@w-legal.com

## ORDER

Based on the foregoing Motion for Withdrawal of Appearance, and pursuant to W.PA.LBR 9010-2(b), it is hereby ORDERED that Lisa Cancanon is GRANTED leave to withdraw from the above-captioned case, and the Clerk shall terminate the corresponding CM/ECF attorney record in this case.

Date: _____                    _____
                                   United States Bankruptcy Judge

**PAWB Local Form 17  (07/13)**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2020, I served a copy of *MOTION FOR WITHDRAWAL OF APPEARANCE AND TERMINATION OF CM/ECF RECORD* on the following parties via first class mail or caused them to be served with a Notice of Electronic Filing.

Trustee via E-Filing
Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Debtor's Counsel via E-Filing
Lauren M. Lamb
llamb@steidl-steinberg.com

U.S. Trustee via E-Filing
U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

Debtor via First-Class Mail
James E. Boring and Terrie L. Boring
571 Harmony Road
New Brighton, PA 15066

/s/ Jordyn Robertson
Jordyn Robertson
Weinstein & Riley, P.S.
2001 Western Avenue, Suite 400
Seattle, WA  98121
Phone: 206-269-3490