IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  James E. Boring and Terrie L. Boring | : | Bankruptcy No. 18-22609-CMB |
| | : | |
| Debtor(s) | : | |
| | : | Chapter 13 |
| Lisa Cancanon | : | |
| Movant(s) | : | |
| | : | Related to: Document No. 104 |
| v. | : | |
| | : | |
| No Respondent | : | |
| Respondent(s) | : | |

## MOTION FOR WITHDRAWAL OF APPEARANCE
## AND TERMINATION OF CM/ECF RECORD

AND NOW comes Lisa Cancanon, counsel to Selene Finance LP, as servicer for Alta Chutes I, LLC, its successors and/or assigns in the above-captioned case, and certifies to this Honorable Court that she (a) has satisfied the interest of her client Selene Finance LP, as servicer for Alta Chutes I, LLC, its successors and/or assigns in the above-captioned case, and (b) has informed and received the consent of Selene Finance LP, as servicer for Alta Chutes I, LLC, its successors and/or assigns to withdraw her appearance in the above-captioned case. Having so certified, and pursuant to W.PA.LBR 9010-2(b), Lisa Cancanon requests that this Honorable Court grant her request for leave for withdrawal of her appearance and termination of her CM/ECF record in this case.

Date: 7/6/2020    Movant/Attorney: /s/ Lisa Cancanon
Lisa Cancanon, Bar No. 323550
Weinstein & Riley, P.S.
11101 West 120th Ave, Ste 280
Broomfield, Colorado 80021
Phone: (303) 539-8607
Email: lisac@w-legal.com

## ORDER

Based on the foregoing Motion for Withdrawal of Appearance, and pursuant to W.PA.LBR 9010-2(b), it is hereby ORDERED that Lisa Cancanon is GRANTED leave to withdraw from the above-captioned case, and the Clerk shall terminate the corresponding CM/ECF attorney record in this case.

Date: July 7, 2020

FILED
7/7/20 1:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm    glb
Chief United States Bankruptcy Judge

PAWB Local Form 17  (07/13)

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 18-22609-CMB
James E. Boring                                                       Chapter 13
Terrie L. Boring
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: agro              Page 1 of 1               Date Rcvd: Jul 07, 2020
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 09, 2020.
db/jdb         +James E. Boring,    Terrie L. Boring,    571 Harmony Road,   New Brighton, PA 15066-3658
cr             +Selene Finance LP, as servicer for Alta Chutes I,,    c/o Weinstein & Riley, P.S.,
                 11101 West 120th Avenue #280,    Broomfield, CO 80021-2756

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 7, 2020 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    ALTA CHUTES I, LLC bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    ALTA CHUTES I, LLC pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC pawb@fedphe.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Lauren M. Lamb    on behalf of Debtor James E. Boring
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
               teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
               dl-steinberg.com
              Lauren M. Lamb    on behalf of Joint Debtor Terrie L. Boring
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
               teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
               dl-steinberg.com
              Lisa  Cancanon    on behalf of Creditor    ALTA CHUTES I, LLC lisac@w-legal.com
              Lisa  Cancanon    on behalf of Creditor    Selene Finance LP, as servicer for Alta Chutes I, LLC,
               its successors and/or assigns lisac@w-legal.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas  Song    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC pawb@fedphe.com
                                                                                               TOTAL: 11