IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| James E. Boring ) | Case No. 18-22609 CMB |
| Terrie L. Boring ) | Chapter 13 |
| Debtors ) | Docket No. |
| ) | |
| ) | |
| James E. Boring ) | |
| Terrie L. Boring ) | |
| Movants ) | |
| ) | |
| vs. ) | |
| ) | |
| Ronda J. Winnecour, Trustee, ) | |
| ) | |
| Respondents ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on October 29, 2021, a true and correct copy of the *Amended Chapter 13 Plan dated October 28, 2021 along with the Order of Court dated September 14, 2021* was caused to be served by US Mail, upon the following persons and parties:

All parties listed on the attached mailing matrix.

Date of Service: October 29, 2021

/s/ Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for the Debtors
STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No. 209201
llamb@steidl-steinberg.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 18-22609-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Fri Oct 29 08:54:10 EDT 2021 | Jerome B. Blank<br>Phelan Hallinan Diamond & Jones, LLP<br>1617 JFK Boulevard<br>Philadelphia, PA 19103-1821 | James E. Boring<br>571 Harmony Road<br>New Brighton, PA 15066-3658 |
| Terrie L. Boring<br>571 Harmony Road<br>New Brighton, PA 15066-3658 | Lisa Cancanon<br>Weinstein & Riley, P.S.<br>11101 West 120th Avenue<br>#280<br>Broomfield, CO 80021-2756 | Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 |
| Keri P. Ebeck<br>Bernstein-Burkley<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219-4430 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | LAKEVIEW LOAN SERVICING, LLC<br>LOANCARE, LLC<br>3637 SENTARA WAY<br>VIRGINIA BEACH VA 23452-4262 |
| LVNV Funding, LLC its successors and assigns<br>assignee of CitiFinancial, Inc.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lakeview Loan Servicing, LLC<br>4425 Ponce De Leon Blvd. 5th Floor<br>Coral Gables, Florida 33146-1873 | Lakeview Loan Servicing, LLC<br>PO Box 37628<br>Philadelphia, PA 19101-0628 |
| Lauren M. Lamb<br>Steidl & Steinberg<br>707 Grant Street<br>28th Floor - Gulf Tower<br>Pittsburgh, PA 15219-1908 | Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | PYOD LLC<br>Resurgent Capital Services<br>PO Box 19008<br>GREENVILLE, SC 29602-9008 | PYOD LLC C/O Resurgent Capital Services<br>P.O. Box 10675<br>Greenville, SC 29603-0675 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Selene Finance LP, as servicer for Alta Chut<br>c/o Weinstein & Riley, P.S.<br>11101 West 120th Avenue #280<br>Broomfield, CO 80021-2756 | Thomas Song<br>Phelan Hallinan Diamond & Jones, LLP<br>1617 JFK Boulevard<br>Suite 1400<br>Philadelphia, PA 19103-1814 | USX Federal Credit Union<br>1293 Freedom Road<br>P. O. Box 1728<br>Cranberry Twp, PA 16066-0728 |
| USX Federal Credit Union<br>PO Box 1728<br>Cranberry Twp, PA 16066-0728 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | Charles Griffin Wohlrab<br>Robertson, Anschutz, Schneid, Crane & Pa<br>10700 Abbott's Bridge Road, Suite 170<br>Duluth, GA 30097-8461 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)ALTA CHUTES I, LLC

(d)Duquesne Light Company
c/o Bernstein-Burkley, P.C.
707 Grant St., Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1945

(u)LAKEVIEW LOAN SERVICING, LLC

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

(d)Pennsylvania Department of Revenue
Bankruptcy Division PO BOX 280946
Harrisburg, PA 17128-0946

End of Label Matrix
Mailable recipients    26
Bypassed recipients     5
Total                  31