IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  
James E. Boring  
And Terrie L. Boring  
      Debtor

Case No. 18-22609 CMB

Chapter 13

Re doc. No. 124

## ORDER OF COURT

AND NOW, this 4th day of November, 2021 it is hereby **ORDERED, ADJUDGED and DECREED** that the ORDER entered on November 3, 2021 at docket number 124 is hereby **VACATED**. ORDER WAS ENTERED IN ERROR.

BY THE COURT:

*Carlota M. Böhm* **dmk**
Chief United States Bankruptcy Judge

FILED  
11/4/21 9:32 am  
CLERK  
U.S. BANKRUPTCY  
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 18-22609-CMB
James E. Boring  Chapter 13
Terrie L. Boring
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: dkam  Page 1 of 2
Date Rcvd: Nov 04, 2021  Form ID: pdf900  Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James E. Boring, Terrie L. Boring, 571 Harmony Road, New Brighton, PA 15066-3658 |
| cr | + | Selene Finance LP, as servicer for Alta Chutes I,, c/o Weinstein & Riley, P.S., 11101 West 120th Avenue #280, Broomfield, CO 80021-2756 |
| 14906271 | + | LAKEVIEW LOAN SERVICING, LLC, LOANCARE, LLC, 3637 SENTARA WAY, VIRGINIA BEACH VA 23452-4262 |
| 14872505 | | Lakeview Loan Servicing, LLC, PO Box 37628, Philadelphia, PA 19101-0628 |
| 15424091 | + | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1873 |
| 14884864 | + | USX Federal Credit Union, 1293 Freedom Road, P. O. Box 1728, Cranberry Twp, PA 16066-0728 |
| 14884865 | + | USX Federal Credit Union, PO Box 1728, Cranberry Twp, PA 16066-0728 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 04 2021 23:09:14 | PYOD LLC, Resurgent Capital Services, PO Box 19008, GREENVILLE, SC 29602-9008 |
| 14910102 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 04 2021 23:04:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14884862 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 04 2021 23:04:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14908121 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 04 2021 23:09:18 | LVNV Funding, LLC its successors and assigns as, assignee of CitiFinancial, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14873411 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 04 2021 23:09:18 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14911142 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 04 2021 23:09:14 | PYOD LLC C/O Resurgent Capital Services, P.O. Box 10675, Greenville, SC 29603-0675 |
| 14876237 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 04 2021 23:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14886080 | | Email/Text: bnc-quantum@quantum3group.com | Nov 04 2021 23:04:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | ALTA CHUTES I, LLC |
| cr | | LAKEVIEW LOAN SERVICING, LLC |

Case 18-22609-CMB    Doc 127    Filed 11/06/21    Entered 11/07/21 00:23:55    Desc
Imaged Certificate of Notice    Page 3 of 3

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 2 of 2 |
| Date Rcvd: Nov 04, 2021 | Form ID: pdf900 | Total Noticed: 15 |

| | | |
|---|---|---|
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14884863 | * | Lakeview Loan Servicing, LLC, PO Box 37628, Philadelphia, PA 19101-0628 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2021          Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2021 at the address(es) listed below:**

**Name**          **Email Address**

Brian Nicholas
on behalf of Creditor ALTA CHUTES I  LLC bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC cwohlrab@raslg.com

Jerome B. Blank
on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC pawb@fedphe.com

Jerome B. Blank
on behalf of Creditor ALTA CHUTES I  LLC pawb@fedphe.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Lauren M. Lamb
on behalf of Debtor James E. Boring
julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Lauren M. Lamb
on behalf of Joint Debtor Terrie L. Boring
julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Lisa Cancanon
on behalf of Creditor ALTA CHUTES I  LLC lisac@w-legal.com, Llombardi06@law.du.edu

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Thomas Song
on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC pawb@fedphe.com

TOTAL: 11