IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| James E. Boring, | ) | Case No. 18-22609 CMB |
| Terrie L. Boring, | ) | |
|     *Debtors* | ) | Chapter 13 |
| | ) | |
| James E. Boring, | ) | Document No. WO-1 |
| Social Security No. XXX-XX-1092 | ) | Related to Docket No. 136 |
|     *Movant* | ) | |
| | ) | |
|     *vs.* | ) | |
| | ) | |
| Donawitz Auto Wrecking and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
|     *Respondents* | ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on August 5, 2022, a true and correct copy of the *Order Dismissing Case Without Prejudice and Terminating Wage Attachment* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Donawitz Auto Wrecking
Attn: Payroll Dept.
3219 52nd St.
New Brighton, PA 15066

James & Terrie Boring
571 Harmony Road
New Brighton, PA 15066

| | |
|---|---|
| Date of Service: August 5, 2022 | /s/ Lauren M. Lamb |
| | Lauren M. Lamb, Esquire |
| | Attorney for the Debtor |
| | STEIDL & STEINBERG |
| | 707 Grant Street |
| | Suite 2830, Gulf Tower |
| | Pittsburgh, PA 15219 |
| | (412) 391-8000 |
| | llamb@steidl-steinberg.com |
| | PA I.D. No. 209201 |