**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> JAMES E. BORING <br> TERRIE L. BORING <br>       Debtor(s) <br><br> Ronda J. Winnecour <br>       Movant <br>   vs. <br> No Respondents. | Case No.:18-22609 <br><br><br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 06/28/2018 and confirmed on 10/09/2018. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 69,586.00 |
| Less Refunds to Debtor | 439.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 69,147.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,357.42 | |
|   Trustee Fee | 3,140.64 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,498.06 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 44,037.44 | 0.00 | 44,037.44 |
|     Acct: 4985 | | | | |
|   ALTA CHUTES I LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 19,882.92 | 0.00 | 0.00 | 0.00 |
|     Acct: 4985 | | | | |
|   USX FEDERAL CREDIT UNION* | 14,525.19 | 14,221.05 | 1,676.42 | 15,897.47 |
|     Acct: 7005 | | | | |
| | | | | 59,934.91 |
| **Priority** | | | | |
|   LAUREN M LAMB ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES E. BORING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES E. BORING | 439.00 | 439.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,400.00 | 3,357.42 | 0.00 | 0.00 |
|     Acct: | | | | |

| 18-22609 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | |
| STEIDL & STEINBERG | 2,500.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 4,341.45 | 0.00 | 0.00 | 0.00 |
| Acct: 1092 | | | | |
| PA DEPARTMENT OF REVENUE* | 875.57 | 0.00 | 0.00 | 0.00 |
| Acct: 1092 | | | | |
| ALTA CHUTES I LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8954 | | | | |
| ALTA CHUTES I LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8954 | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 2,714.03 | 2,714.03 | 0.00 | 2,714.03 |
| Acct: XXXXXXXXXXXXXXXXXXXXG LL | | | | |
| | | | | 2,714.03 |
| Unsecured | | | | |
| USX FEDERAL CREDIT UNION* | 2,712.13 | 0.00 | 0.00 | 0.00 |
| Acct: 7006 | | | | |
| PA DEPARTMENT OF REVENUE* | 771.55 | 0.00 | 0.00 | 0.00 |
| Acct: 1092 | | | | |
| QUANTUM3 GROUP LLC AGNT - CF MEDI( | 82.88 | 0.00 | 0.00 | 0.00 |
| Acct: 1210 | | | | |
| QUANTUM3 GROUP LLC AGNT - CF MEDI( | 125.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3841 | | | | |
| QUANTUM3 GROUP LLC AGNT - CF MEDI( | 188.24 | 0.00 | 0.00 | 0.00 |
| Acct: 9494 | | | | |
| QUANTUM3 GROUP LLC AGNT - CF MEDI( | 247.80 | 0.00 | 0.00 | 0.00 |
| Acct: 797P | | | | |
| INTERNAL REVENUE SERVICE* | 2,010.80 | 0.00 | 0.00 | 0.00 |
| Acct: 1092 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2928 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 1,090.69 | 0.00 | 0.00 | 0.00 |
| Acct: 6748 | | | | |
| QUANTUM3 GROUP LLC AGNT - CF MEDI( | 94.05 | 0.00 | 0.00 | 0.00 |
| Acct: 0608 | | | | |
| PYOD LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0564 | | | | |
| ORION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                                                                       62,648.94

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 7,931.05 |
| SECURED | 34,408.11 |
| UNSECURED | 7.323.14 |

Date: 10/05/2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com