**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 18-22609** |
| **James E. Boring** : | **Chapter 13** |
| **Terrie L. Boring** : | **Judge Carlota M. Bohm** |
| : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | |
| : | |
| **James E. Boring** : | **Date and Time of Hearing** |
| **Terrie L. Boring** : | **January 19, 2023 at 02:30 p.m.** |
| : | |
| **Ronda J. Winnecour** : | **Place of Hearing** |
| : | **Courtroom B, 54th Floor** |
| **vs** : | **U.S. Steel Tower** |
| : | **600 Grant Street** |
| **Nationstar Mortgage LLC** : | **Pittsburgh, PA 15219** |
| **Movant.** | |

**AMENDED MOTION TO REOPEN**

Nationstar Mortgage LLC ("Creditor") by and through undersigned counsel and respectfully moves this Court for an Order to reopen the bankruptcy case for the limited purpose of filing a Motion for Unclaimed Funds.

                                                       Respectfully submitted,

                                                       /s/Stephen R. Franks
                                                     Stephen R. Franks, Esquire (0075345)
                                                     Adam B. Hall (323867)
                                                     Edward H. Cahill (0088985)
                                                     Manley Deas Kochalski LLC
                                                     P.O. Box 165028
                                                     Columbus, OH  43216-5028
                                                     Telephone: 614-220-5611
                                                     Fax: 614-627-8181
                                                     Attorneys for Creditor
                                                     The case attorney for this file is Stephen R. Franks.
                                                     Contact email is srfranks@manleydeas.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 18-22609** |
| **James E. Boring** | : | **Chapter 13** |
| **Terrie L. Boring** | : | **Judge Carlota M. Bohm** |
| | : | **\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*** |
| **Debtor(s)** | | |
| | : | |
| **James E. Boring** | : | **Date and Time of Hearing** |
| **Terrie L. Boring** | : | **January 19, 2023 at 02:30 p.m.** |
| | : | |
| **Ronda J. Winnecour** | : | **Place of Hearing** |
| | : | **Courtroom B, 54th Floor** |
| **vs** | : | **U.S. Steel Tower** |
| | : | **600 Grant Street** |
| **Nationstar Mortgage LLC** | : | **Pittsburgh, PA 15219** |
| **Movant.** | | |

## CERTIFICATE OF SERVICE OF AMENDED MOTION TO REOPEN

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) 12/15/2022                .

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail and electronic notification        .

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:  12/15/2022               

By: /s/Stephen R. Franks                
Signature
Stephen R. Franks, Esquire                
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028     
Address
614-220-5611                
Phone No.

0075345
List Bar I.D. and State of Admission

Stephen R. Franks, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA  15219, cmecf@chapter13trusteewdpa.com (notified by ecf)

Lauren M. Lamb, Attorney for Debtor, 707 Grant Street, 28th Floor - Gulf Tower, Pittsburgh, PA  15219, llamb@steidl-steinberg.com (notified by ecf)

James E. Boring and Terrie L. Boring, Debtor, 571 Harmony Road, New Brighton, PA  15066 (notified by regular US Mail)

Office of U.S. Attorney, Party of Interest, U.S. Court House, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219 (notified by regular US Mail)