# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 18-22609 |
| James E. Boring | : Chapter 13 |
| Terrie L. Boring | : Judge Carlota M. Bohm |
| | : * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | : |
| Nationstar Mortgage LLC | : Related Document # 158 |
| Movant, | : |
| | : |
| vs | : |
| | : |
| James E. Boring | : |
| Terrie L. Boring | : |
| | : |
| Ronda J. Winnecour | : |
| **Respondents.** | |

## CERTIFICATION OF NO OBJECTION REGARDING AMENDED MOTION TO REOPEN
### (DOCUMENT NO. 158)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Amended Motion to Reopen ("Motion") filed on December 22, 2022 at Document No. 158 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than January 8, 2023.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

/s/Stephen R. Franks

Stephen R. Franks, Esquire (0075345)
Adam B. Hall (323867)
Edward H. Cahill (0088985)
Manley Deas Kochalski LLC
P.O. Box 165028

22-037244_JMR

Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Stephen R. Franks.
Contact email is srfranks@manleydeas.com

22-037244_JMR

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 18-22609** |
| **James E. Boring** | : | **Chapter 13** |
| **Terrie L. Boring** | : | **Judge Carlota M. Bohm** |
| | : | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : | |
| | : | |
| **Nationstar Mortgage LLC** | : | **Related Document # 158** |
| **Movant,** | : | |
| vs | : | |
| | : | |
| **James E. Boring** | : | |
| **Terrie L. Boring** | : | |
| | : | |
| **Ronda J. Winnecour** | : | |
| **Respondents.** | | |

### CERTIFICATE OF SERVICE OF CERTIFICATE OF NO RESPONSE

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) __01/09/2023__.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: __first-class mail an electronic notification__.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: __01/09/2023__

By: __/s/Stephen R.Franks__
Signature
__Stephen R. Franks, Esquire__
Typed Name
__P.O. Box 165028, Columbus, OH 43216-5028__
Address
__614-220-5611__
Phone No.
__0075345__
List Bar I.D. and State of Admission

22-037244_JMR

Stephen R. Franks, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA  15219, cmecf@chapter13trusteewdpa.com (notified by ecf)

Lauren M. Lamb, Attorney for Debtor, 707 Grant Street, 28th Floor - Gulf Tower, Pittsburgh, PA  15219, llamb@steidl-steinberg.com (notified by ecf)

James E. Boring and Terrie L. Boring, Debtor, 571 Harmony Road, New Brighton, PA  15066 (notified by regular US Mail)

Office of U.S. Attorney, Party of Interest, Party of Interest, U.S. Court House, 700 Grant Street, Suite 4000, Pittsburgh, PA  15219 (notified by regular US Mail)

22-037244_JMR