IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 18-22609 |
| James E. Boring | : | Chapter 13 |
| Terrie L. Boring | : | Judge Carlota M. Bohm |
| | : | * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | | |
| | : | |
| Nationstar Mortgage LLC     Movant | : | Date and Time of Hearing |
| | : | January 19, 2023 at 02:30 p.m. |
| vs | : | |
| | : | |
| | : | re doc. 160 |
| James E. Boring | : | |
| Terrie L. Boring | : | |
| | : | |
| Ronda J. Winnecour | | **ENTERED BY DEFAULT** |
| **Respondents.** | | |

## ORDER OF COURT

AND NOW, this __10th__ day of __January__, 20 __23__, upon consideration of the Notice of Motion, Response Deadline, and Hearing Date regarding the Amended Motion to Release funds and for good cause shown, the Clerk of Court is authorized to release the unclaimed funds in the amount of $2,714.03 to Nationstar Mortgage, LLC.

FILED
1/10/23 9:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_  dmk
Carlotta M. Bohm
United States Bankruptcy Judge

CC:

Stephen R. Franks, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

22-037244_CJP

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219, cmecf@chapter13trusteewdpa.com (notified by ecf)

Lauren M. Lamb, Attorney for Debtor, 707 Grant Street, 28th Floor - Gulf Tower, Pittsburgh, PA 15219, llamb@steidl-steinberg.com (notified by ecf)

James E. Boring and Terrie L. Boring, Debtor, 571 Harmony Road, New Brighton, PA 15066 (notified by regular US Mail)

Office of U.S. Attorney, Party of Interest, Party of Interest, U.S. Court House, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219 (notified by regular US Mail)

22-037244_CJP

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-22609-CMB |
| James E. Boring | Chapter 13 |
| Terrie L. Boring | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 10, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James E. Boring, Terrie L. Boring, 571 Harmony Road, New Brighton, PA 15066-3658 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2023            Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor ALTA CHUTES I LLC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC cwohlrab@raslg.com |
| Jerome B. Blank | on behalf of Creditor ALTA CHUTES I LLC jblank@pincuslaw.com |
| Jerome B. Blank | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC jblank@pincuslaw.com |
| Keri P. Ebeck | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jan 10, 2023 | Form ID: pdf900 | Total Noticed: 1 |

    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Lauren M. Lamb
    on behalf of Debtor James E. Boring julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
    rlager@steidl-steinberg.com

Lauren M. Lamb
    on behalf of Joint Debtor Terrie L. Boring julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
    rlager@steidl-steinberg.com

Lisa Cancanon
    on behalf of Creditor ALTA CHUTES I  LLC lisac@w-legal.com, Llombardi06@law.du.edu

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
    on behalf of Creditor NATIONSTAR MORTGAGE LLC amps@manleydeas.com

Thomas Song
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC pawb@fedphe.com

TOTAL: 13