# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: James E. Boring**<br>**Terrie L. Boring**<br><div align="right">**Debtor(s)**</div><br>**Lakeview Loan Servicing, LLC as serviced by Community Loan Servicing, LLC**<br><div align="right">**Movant**</div>   vs.<br>**James E. Boring**<br>**Terrie L. Boring**<br><div align="right">**Debtor(s)**</div><br>**Ronda J. Winnecour**,<br><div align="right">**Trustee**</div> | **BK NO. 18-22609 CMB**<br><br>**Chapter 13**<br><br>**Related to Claim No. 7-1** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>January 11, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
James E. Boring
571 Harmony Road
New Brighton, PA 15066

Terrie L. Boring
571 Harmony Road
New Brighton, PA 15066

<u>Attorney for Debtor(s)</u>
Lauren M. Lamb, Esq.
707 Grant Street, Suite 2830 (VIA ECF)
Gulf Building
Pittsburg, PA 15219

<u>Trustee</u>
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first class

mail Dated: <u>January 11, 2022</u>

<div align="right">

<u>**/s/Brian C. Nicholas Esquire**</u>
Brian C. Nicholas Esquire
Attorney I.D. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-5366
bnicholas@kmllawgroup.com

</div>